
FILED
SEP 16 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA


1 Andrea A. Wirum, State Bar. No. 095616
Chapter 7 Trustee
2 P.O. Box 1108
Lafayette, CA 94549
3 Telephone & Fax: (415) 294-7710
trustee@wirum.com
4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

QUONG HOP AND CO.　　　　　　　　　Case No. 10-33696 TC

　　　　　　　　　　　　　　　　　　Chapter 7

　　　Debtor(s)
_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of **$8.58**. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are attached as Exhibit "A".

Total Unclaimed Dividends $8.58

Dated: September 14, 2011

/s/ Andrea Wirum
Andrea A. Wirum, Trustee

## Claims Distribution Small Checks

**Case:** 10-33696 - QUONG HOP AND CO.

**Trustee:** Andrea Wirum Ch 7 Trustee (001220)

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920086687238366 | 129 | 09/12/11 | | | U.S. Bankruptcy Court Registry | | | | | Check Amount: | $8.58 |
| | | | 2 | 11/29/10 | | 610 | Allied Box & Excelsior Co Inc | 756.00 | 756.00 | 3.78 | 3.78 |
| | | | 12 | 12/13/10 | | 610 | Rosa,uers Supermarkets Inc | 730.09 | 730.09 | 3.65 | 3.65 |
| | | | 14 | 12/15/10 | | 610 | Fowler Brothers | 229.76 | 229.76 | 1.15 | 1.15 |

Exhibit "A"

(*) Denotes objection to Amount Filed